THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
HENRY C. KELSEY, PLAINTIFF IN ERROR.

Argued November 28, 1900—Decided January 25, 1901.

On error to the Supreme Court.

For the plaintiff in error, *William M. Lanning* and *Richard V. Lindabury.*

For the defendant in error, *Samuel H. Grey,* attorney-general.

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given in the opinion of Chief Justice Magie. 35 *Vroom* 1.

*For affirmance*—DEPUE (CHIEF JUSTICE), DIXON; COLLINS, FORT, BOGERT, KRUEGER, HENDRICKSON, ADAMS, VREDENBURGH, VOORHEES. 10.